**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: 4:26-mj-50 |
| JOSE A. LOPEZ AYALA, | |
| Defendant. | |

**O R D E R**

On February 25, 2026, the United States District Court for the District of Kansas, issued a warrant for the arrest of Jose A. Lopez Ayala in the case of United States of America v. Jose A. Lopez Ayala, Case No. B:25-90036M-001.  Jose A. Lopez Ayala appeared before the undersigned on June 18, 2026, for his Initial Appearance on Rule 40 Transfer Out.  Mr. Lopez Ayala was represented by counsel at that hearing.

The Government moved for Defendant's detention.  Mr. Lopez Ayala was advised of his right to an identity hearing, preliminary hearing and a detention hearing in this district. Defendant admitted that his name is Jose A. Lopez Ayala.  After Defendant conferred with his counsel, Defendant waived his right to an identity hearing.  Defendant also waived his right to a preliminary hearing and detention hearing in the Southern District of Georgia and requested that his preliminary hearing and detention hearing be held in the District of Kansas. Defendant filed an AO466A Waiver of Rule 32.1 Hearing form as to Case No. B:25-90036M-001, waiving his right to an identity hearing, and waiving his right to a preliminary hearing and detention hearing in the Southern District of Georgia and requesting that his preliminary hearing and detention

hearing occur in the District of Kansas. Doc. 6.  Defendant is ordered detained pending the transfer to the District of Kansas.

IT IS ORDERED: The United States Marshal immediately transport Jose A. Lopez Ayala, together with a copy of this Order, to the District of Kansas, and deliver the Defendant to the United States Marshal for that district, or to another officer authorized to receive Mr. Lopez Ayala.  The marshal or officer in the District of Kansas, should immediately notify the United States Attorney and the Clerk of Court for that district of Mr. Lopez Ayala's arrival.

The Clerk of this district must promptly transmit the documents in this case to the District of Kansas.

SO ORDERED this 22nd day of June, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA